Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
        kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RALPH O. DUNCAN, | CASE NO. |
| Plaintiff, | **TRANS UNION, LLC'S NOTICE OF REMOVAL** |
| vs. | |
| EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION; | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California, on the following grounds:

1. On or about October 14, 2016, Plaintiff Ralph O. Duncan commenced a civil action against Trans Union by filing a Complaint in the Superior Court of California, County of Fresno. On or about October 24, 2016, Trans Union received a copy of the Summons, Complaint, Notice Of Case Management Conference And Assignment Of Judge For All Purposes and Civil Cover Sheet. Copies of the foregoing are attached hereto, as **Exhibit A**,

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

**Exhibit B**, **Exhibit C** and **Exhibit D**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint at ¶ 9.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California.

5. To the best of Trans Union's knowledge, the other named Defendants in this matter have not been served as of the date of this Notice Of Removal. Trans Union has confirmed with the Clerk of the Superior Court of California, County of Fresno by telephone that they have no document or filing suggesting any other Defendant has been served.

6. Notice of this removal will promptly be filed with the Superior Court of California, County of Fresno, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California.

///

///

///

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Date: October 27, 2016 |

/s/   Eileen T. Booth
Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com
          kanders@jacobsenmcelory.com

*Counsel for Defendant Trans Union, LLC*

TRANS UNION, LLC'S NOTICE OF REMOVAL

# PROOF OF SERVICE

I, Jessica Hawkins, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Jacobsen & McElroy PC, whose address is 2401 American River Drive, Suite 100, Sacramento, CA. On October 28, 2016, I served the following documents:

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [X] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California. |

All documents were sent to the following persons in the following manner:

Ralph O. Duncan
5730 N. First Street 105-208
Fresno, CA  93710

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 28th day of October, 2016, at Sacramento, CA.

/s/ Jessica Hawkins
Jessica Hawkins