# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH O. DUNCAN,<br><br>            Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., *et al.*,<br><br>            Defendant. | **Case No. 1:16-cv-01633-AWI-EPG**<br><br>**ORDER TO SHOW CAUSE RE: CONSOLIDATION** |

On October 14, 2016, Plaintiff Ralph O. Duncan filed a complaint in Fresno County Superior Court alleging that Defendants Trans Union, LLC, Equifax, Inc., and Experian Information Solutions, Inc. are currently reporting collection accounts on Plaintiffs' credit report that do not belong to him. (ECF No.1.) On that same date, Plaintiff Yolanda Y. Duncan filed a separate complaint in Fresno County Superior Court making the exact same allegations. On October 28, 2016, Defendant Trans Union, LLC removed both complaints to this Court. The complaints are identical, except for the caption pages, and are listed on this Court's docket as case no. 1:16-cv-01633-AWI-EPG and case no. 1:16-cv-01637-AWI-EPG, respectively.

Because the complaints are identical, it appears to the Court that they raise the same issues of fact and law. The parties are thus ordered to show cause why these two cases should not be consolidated under Rule 42 of the Federal Rules of Civil Procedure. The parties are instructed

1

to meet and confer to determine whether these two cases should be consolidated. If the parties agree that consolidation is appropriate, they may file stipulations to that effect. Alternatively, the parties may file briefing, no more than five pages in length, stating their positions on the issue of consolidation and/or explaining why they do not believe consolidation is appropriate. Any such stipulations or briefing shall be filed no later than **December 30, 2016**.

IT IS SO ORDERED.

Dated:   **December 7, 2016**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2