# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH O. DUNCAN; and YOLANDA Y. DUNCAN,<br><br>     Plaintiffs,<br><br>  v.<br><br>EQUIFAX INC., *et al.*,<br><br>     Defendants. | Case No.  1:16-cv-01633-AWI-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On October 28, 2016, Defendant Trans Union LLC removed this case from Fresno County Superior Court.  (ECF No. 1.)  The case was later consolidated with a case filed by Plaintiff Yolanda Y. Duncan. (ECF No. 17.) The Court set an initial scheduling conference in the case for January 30, 2017.  (ECF No. 16.)  The parties were instructed that attendance at the scheduling conference was mandatory.  Plaintiffs Ralph Duncan and Yolanda Duncan were provided instructions on how to attend the scheduling conference.  (ECF No. 16.)  Plaintiffs also reviewed and approved the parties' joint scheduling report, which denotes the time and date of the scheduling conference on its front page, before it was filed. (ECF No. 18.)

The Court held the initial scheduling conference in this case on January 30, 2017 at 10:30 a.m.  Thomas Quinn appeared telephonically for Equifax Inc. Jennifer Sun appeared for Experian

Information Solutions, Inc.[1] Plaintiffs Ralph Duncan and Yolanda Duncan failed to appear for the hearing and did not file any requests for a continuance or otherwise notify the Court that they would not be able to appear.  Accordingly, the Court orders that Plaintiffs Ralph Duncan and Yolanda Duncan show cause why sanctions, up to and including dismissal of their case, should not be issued for failure to comply with this Court's orders.

No later than **February 15, 2017**, Plaintiffs Ralph Duncan and Yolanda Duncan are ORDERED file a written response to this Order to Show Cause indicating whether they intend to participate in this action and to explain their failure to appear at the initial scheduling conference on January 30, 2017.

**Plaintiffs are cautioned that failure to respond to this Order as set forth above may result in the dismissal of their case.**

IT IS SO ORDERED.

Dated:   **January 30, 2017**                   /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Trans Union LLC was dismissed from the case on November 30, 2016. (ECF No. 13.)

2